IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

EARNEST J. FILES, JR.,            )
                                  )
            Plaintiff,            )
                                  )
      v.                          )      CASE NO.  3:14-CV-239-WKW
                                  )
STEVE HAY,                        )
                                  )
            Defendants            )

## ORDER

On July 18, 2014, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 24).  Upon an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and that Plaintiff's complaint against Steve Hay, the only remaining defendant, is DISMISSED without prejudice.

A separate final judgment will be entered.

DONE this 12th day of August, 2014.

_____
/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT COURT